**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02877-WYD

DAMON KENNER,

     Plaintiff,

         v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC,

     Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL**
**(Unlawful Debt Collection Practices)**

---

**NOTICE OF VOLUNTARY DISMISSAL**

DAMON KENNER (Plaintiff), through his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, LIGHTHOUSE RECOVERY ASSOCIATES, LLC (Defendant), in this case. Consequently, Plaintiff respectfully requests this Honorable Court to strike the Scheduling Conference scheduled on May 13, 2010.

DATED:  May 6, 2010                    RESPECTFULLY SUBMITTED,

                                         KROHN & MOSS, LTD.

                                         By:    /s/ Michael S. Agruss_____
                                                 Michael S. Agruss (SBN: 259567)
                                                 Krohn & Moss, Ltd.
                                                 10474 Santa Monica Blvd., Suite 401
                                                 Los Angeles, CA 90025
                                                 Ph: (323) 988-2400  x235
                                                 Fax: (866) 583-3695
                                                 magruss@consumerlawcenter.com
                                                 Attorneys for Plaintiff,
                                                 DAMON KENNER